UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACLYN BERES, | ) | CASE NO. 5:21-CV-00359 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | **ORDER OF DISMISSAL** |
| Defendant. | ) ) ) ) | |

The parties informed the Court that this matter has been resolved in its entirety. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within forty-five (45) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

DATED: 10/20/21            */s/ John R. Adams*
                           Judge John R. Adams
                           UNITED STATES DISTRICT COURT